# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 443 EAL 2012 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| CAROSELLI BEACHLER MCTIERNAN & | : |
| CONBOY, WILLIAM R. CAROSELLI, | : |
| ESQUIRE, TIMOTHY CONBOY, | : |
| ESQUIRE, SUSAN A. MEREDITH, | : |
| ESQUIRE, KELLY L. ENDERS, | : |
| ESQUIRE, DAVID S. SENOFF, | : |
| ESQUIRE, LAUREN C. FANTINI, | : |
| ESQUIRE, RICHARD C. | : |
| DEFRANCESCO, ESQUIRE, CEFALO & | : |
| ASSOCIATES, MICHAEL J. CEFALO, | : |
| ESQUIRE, JAMES J. ALBERT, | : |
| ESQUIRE, GEORGE G. OSCHAL, III, | : |
| ESQUIRE, KARL J. KWAK, ESQUIRE, | : |
| AND LINDA L. BARTLETT, ESQUIRE, | : |
| | : |
| Respondents | : |
| | : |
| | : |
| | : |

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 444 EAL 2012 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| ECKERT SEAMANS CHERIN & | : |
| MELLOTT, LLC, BRIDGET E. | : |
| MONTGOMERY, ESQUIRE, DAVID J. | : |
| SCHERTZ, ESQUIRE, RIKER DANZIG | : |
| SCHERER HYLAND & PERRETTI, LLP, | : |
| AND MICHAEL P. O'MULLAN, ESQUIRE, | : |
| | : |
| Respondents | : |
| | : |
| | : |

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 445 EAL 2012 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| METZGER & KLEINER, DANIEL E. | : |
| KLEINER, ESQUIRE, AND RICHARD G. | : |
| FREEMAN, ESQUIRE, | : |
| | : |
| Respondent | : |
| | : |
| | : |
| | : |

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 446 EAL 2012 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| ANAPOL SCHWARTZ WEISS COHAN | : |
| FELDMAN & SMALLEY, P.C., SOL H. | : |
| WEISS, ESQUIRE, AMBER M. RACINE, | : |
| ESQUIRE, ADRIANNE WALVOORD, | : |
| ESQUIRE, LAW OFFICE OF BARRY H. | : |
| DYLLER, BARRY H. DYLLER, ESQUIRE, | : |
| GELB LAW FIRM, AND JOHANNA L. | : |
| GELB, ESQUIRE, | : |
| | : |
| Respondents | : |
| | : |
| | : |

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 447 EAL 2012 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| HANGLEY ARONCHICK SEGAL & | : |
| PUDLIN, DANIEL SEGAL, ESQUIRE, | : |
| REBECCA L. SANTORO, ESQUIRE, | : |

JUVENILE LAW CENTER, MARSHA L.         :
LEVICK, ESQUIRE, AND LOURDES M.        :
ROSADO, ESQUIRE,                       :
                                       :
                Respondents            :
                                       :
                                       :
                                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of August 2014, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by petitioner, is:

> Whether the voluntary and unilateral dismissal of Petitioner without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) was a termination of the underlying proceedings in Petitioner's favor, such that Petitioner could state a claim in a Dragonetti action?

     Mr. Justice Saylor, Madame Justice Todd and Mr. Justice McCaffery did not participate in the consideration or decision of this matter.